■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FREELAND, Appellant. (Appeal No. 1.) [838 NYS2d 456]— Appeal from a judgment of the Yates County Court (W. Patrick Falvey, J.), rendered December 23, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FREELAND, Appellant. (Appeal No. 2.) [838 NYS2d 456]— Appeal from a judgment of the Yates County Court (W. Patrick Falvey, J.), rendered February 17, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LY NGUYEN, Appellant. [837 NYS2d 896]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered May 8, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted arson in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE DANIELS, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered July 9, 2004. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.